UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| 1199SEIU, UNITED HEALTHCARE WORKERS EAST,<br>*Plaintiffs,* | Civil Action No. 3:12-cv-30033-KPN |
| vs. | NARH'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED |
| NORTH ADAMS REGIONAL HOSPITAL<br>*Defendant* | |

Pursuant to Local Rule 56.1 of the United States District Court for the District of Massachusetts, the defendant North Adams Regional Hospital, hereby submits this statement of material facts as to which it contends there exists a genuine issue to be tried:

**Plaintiff's Statement of Material Facts, ¶ 6**: Since the Arbitrator's Award was issued the parties have been unable to agree upon what actions must be taken in order to reinstate the Grievant to his "position" and to make the Grievant "whole."

**Issue**: NARH incorporates by reference paragraphs 17 & 18 of NARH's Statement of Additional Material Facts.

**Plaintiff's Statement of Material Facts, ¶ 8**: Although the Hospital has returned Grievant back to work, it has refused to assign him the ultrasound work that he was performing prior to his termination. The Hospital also contends that Mr. Wheeler

would have lost this ultrasound work at some point during the period he was improperly terminated.

**Issue:** NARH incorporates by reference paragraphs 12-16 of NARH's Statement of Additional Material Facts.

**Plaintiff's Statement of Material Facts, ¶ 10:** As a result of the Grievant's loss of ultrasound work, the Union contends that his damages in lost pay and overtime are continuing.

**Issue:** NARH incorporates by reference paragraphs 10-11 and 13-16 of NARH's Statement of Additional Material Facts

Respectfully submitted,

                                              The Defendant,
                                              NORTH ADAMS REGIONAL HOSPITAL
                                              By Their Attorney:

Dated: July 20, 2012                /s/ *Daniel J. Finnegan*
                                              Daniel J. Finnegan – BBO #561347
                                              Bulkley, Richardson and Gelinas, LLP
                                              1500 Main Street, Suite 2700
                                              Springfield, MA 01115
                                              Tel: (413) 781-2820
                                              Fax: (413) 272-6806
                                              E-mail: dfinnegan@bulkley.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's CM/ECF system or, if not registered on this Court's CM/ECF system, then via first class mail, postage prepaid, on this 20th day of July, 2012.

/s/ Daniel J. Finnegan
Daniel J. Finnegan

1348916v1