# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 1199SEIU, UNITED HEALTHCARE WORKERS EAST,<br>    Plaintiff<br><br>        v.<br><br>NORTH ADAMS REGIONAL HOSPITAL,<br>    Defendant | )<br>)<br>)<br>)  **C. A. No.** 3:12-cv-30033 -MAP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]  Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]  Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff 1199Seiu, United Healthcare Workers East, against the defendant North Adams Regional Hospital, pursuant to the court's memorandum and order entered this date, granting the plaintiff's motion for summary judgment.

                                                            **SARAH A. THORNTON**,
                                                            CLERK OF COURT

Dated: February 26, 2013                By /s/ *Maurice G. Lindsay*
                                                            Maurice G. Lindsay
                                                            Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98)
        [jgm.]